## SECOND DEPARTMENT, APRIL, 1924.

JOHN SOMYAK, Respondent, v. EMMA ROBY, Appellant, Impleaded with BERNARD ROBY, Defendant.— Stay continued for five days after entry of the order in the appeal decided herewith. [*Post*, p. 849.] Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

JOHN SOMYAK, Respondent, v. EMMA ROBY, Appellant, Impleaded with BERNARD ROBY, Defendant.— Final order of the County Court of Queens county, adjudging appellant guilty of contempt modified by reducing the fine from $250 to $10, and as thus modified affirmed, without costs. No opinion. Jaycox, Manning, Kelby, Young and Kapper, JJ., concur.

WILFRED J. CURRY, Appellant, v. JAMES M. MACKENZIE, Respondent.— Order reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The affidavits show that there is no issue of fact which entitles the defendant to a trial, and his affidavit is insufficient to show that he has any real defense. Manning, Kelby and Young, JJ., concur; Kapper, J., dissents upon the ground that an issue of fact is presented whether the rendition of the account as pleaded constituted an account stated; and upon the further ground that the reasonable value of the services alleged to have been rendered also presents a question of fact under the pleadings; with whom Kelly, P. J., concurs.

JOHN F. FEELY, Respondent, v. DETROIT CADILLAC MOTOR CAR CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

MABEL FITZHENRY, Respondent, v. MARION EPSTEIN, Appellant, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

RACHEL GLICK, an Infant, by ANNIE GLICK, Her Guardian ad Litem, Respondent, v. HARRY GOLDFARB and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

THE HICKOK MUSIC COMPANY, INC., Respondent, v. ISADORE WURTZEL and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. In our opinion the liability of Rosen is not shown so plainly as to require the granting of defendants' motion. Jaycox, Manning, Kelby, Young and Kapper, JJ., concur.

JAMES O'DONNELL, Appellant, v. BARBER STEAMSHIP LINES, INC., Defendant, Impleaded with ATLANTIC STEVEDORING COMPANY, INC., Respondent.— Judgment and order reversed upon the law, with costs, and motion denied, with ten dollars costs, upon authority of *Washington* v. *Dawson & Co.* (264 U. S. 219, decided February 25, 1924), and *Gill* v. *United American Lines* (237 N. Y. 584, decided February 19, 1924). Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

MICHAEL PASTORI, Guardian ad Litem of MARIE PASTORI, an Infant, Appellant, v. MAX BERKOWITZ, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

MARCEL K. SESSLER, as Stockholder of the PARKER SHEET METAL WORKS, INC.,

54